**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division**

Tania Fowler

                                      Plaintiff,

v.                                                          Case No.: 1:23−cv−00029
                                                                   Honorable Rebecca R.
                                                                   Pallmeyer

Notre Dame Federal Credit Union
Corporation

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 8, 2023:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the notice of voluntary dismissal pursuant to settlement filed 3/7/23 [13], this case is dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned. Civil case terminated. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.